Dana Howell, NV Bar No. 11607
Kelly Kichline, NV Bar No. 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Telephone: (702) 692- 5651
Fax No.:     (702) 669-4501
Email:   dhowell@mgmresorts.com
             kkichline@mgmresorts.com

*Attorneys for Defendants,*
*Bellagio, LLC and MGM Resorts International*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation.<br><br>Defendants. | **CASE NO.: 2:20-cv-00995-RFB-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendants MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), may have additional time within which to submit their responsive pleadings in response to Plaintiff's Complaint (ECF No. 1, Exhibit A), which are currently due on June 3, 2020, for 30 days, up to and including Friday, July 3, 2020.

///

///

///

1

This is the first stipulation for an extension of time to file Defendants' responsive pleadings. This Stipulation is made in good faith and not for purposes of improper delay.

DATED this 3rd day of June, 2020.

KEMP & KEMP

 /s/Victoria L. Neal
Victoria L. Neal, Esq.
Nevada Bar No.: 13382
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130
Attorney for Plaintiff

DATED this 3rd day of June, 2020.

MGM RESORTS INTERNATIONAL

/s/Kelly R. Kichline
Kelly R. Kichline, Esq.
Nevada Bar No.: 10642
6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89119
Attorney for Defendants

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2020