Dana Howell, NV Bar No. 11607
Kelly Kichline, NV Bar No. 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Telephone: (702) 692- 5651
Fax No.:    (702) 669-4501
Email:   dhowell@mgmresorts.com
            kkichline@mgmresorts.com

*Attorneys for Defendants,*
*Bellagio, LLC and MGM Resorts International*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation.<br><br>Defendants. | **CASE NO.: 2:20-cv-00995-RFB-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendants MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), may have additional time within which to submit their responsive pleadings in response to Plaintiff's Complaint (ECF No. 1, Exhibit A), which are currently due on July 3, 2020, for an additional seven days, up to and including Friday, July 10, 2020.

Previously, the parties stipulated to, and this Court Granted, an extension of time permitting Defendants an initial extension of 30 days (from June 3, 2020 until July 3, 2020) to file their responsive pleadings (ECF No. 10).

///

1

This is the second stipulation for an extension of time for Defendants' to file their responsive pleadings. This Stipulation is made in good faith and not for purposes of improper delay.

| | |
|---|---|
| DATED this 1st day of July, 2020. | DATED this 1st day of July, 2020. |
| KEMP & KEMP | MGM RESORTS INTERNATIONAL |
| */s/Victoria L. Neal* | */s/Kelly R. Kichline* |
| Victoria L. Neal, Esq. | Kelly R. Kichline, Esq. |
| Nevada Bar No.: 13382 | Nevada Bar No.: 10642 |
| 7435 W. Azure Drive, Ste. 110 | 6385 S. Rainbow Boulevard, Suite 500 |
| Las Vegas, NV 89130 | Las Vegas, NV 89119 |
| Attorney for Plaintiff | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2020

2