Dana Howell, NV Bar No. 11607
Kelly Kichline, NV Bar No. 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Telephone: (702) 692- 5651
Fax No.:    (702) 669-4501
Email:  dhowell@mgmresorts.com
        kkichline@mgmresorts.com

*Attorneys for Defendants,*
*Bellagio, LLC and MGM Resorts International*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation.<br><br>Defendants. | **CASE NO.: 2:20-cv-00995-RFB-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEFS**<br><br>**(First Request)** |

On August 20, 2020, Bellagio, LLC filed its Motion to Dismiss Plaintiff's First Amended Complaint Against Defendant Bellagio, LLC (ECF No. 24). Also on August 20, 2020, MGM Resorts International ("MGMRI") filed its Motion to Dismiss Plaintiff's First Amended Complaint Against Defendant MGM Resorts International (ECF No. 25).

On September 1, 2020, Plaintiff filed his Plaintiff's Opposition to Defendant Bellagio's Motion to Dismiss First Amended Complaint (ECF No. 28) and Plaintiff's Opposition to Defendant MGMRI's Motion to Dismiss First Amended Complaint (ECF No. 29).

Defendants' Replies to Plaintiff's Oppositions are presently due to be filed with the Court by September 8, 2020.

1

IT IS HEREBY STIPULATED by and among the parties hereto through their respective counsel that Defendants Bellagio, LLC and MGMRI (collectively, "Defendants"), may have additional time within which to submit their reply briefs until Friday September 18, 2020.

This is the first stipulation for an extension of time to file Defendants' reply briefs. This Stipulation is made in good faith and not for purposes of improper delay.

| | |
|---|---|
| DATED this 2nd day of September, 2020. | DATED this 2nd day of September, 2020. |
| KEMP & KEMP | MGM RESORTS INTERNATIONAL |
| /s/Victoria L. Neal | /s/Kelly R. Kichline |
| Victoria L. Neal, Esq. | Kelly R. Kichline, Esq. |
| Nevada Bar No.: 13382 | Nevada Bar No.: 10642 |
| 7435 W. Azure Drive, Ste. 110 | 6385 S. Rainbow Boulevard, Suite 500 |
| Las Vegas, NV 89130 | Las Vegas, NV 89119 |
| Attorney for Plaintiff | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED: _____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of September, 2020.

2