JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Brendan Tankersley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>                         Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation,<br><br>                         Defendants. | **Case No.: 2:20-cv-00995-RFB-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMISSION OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 26-3 and LR IA6-1, Plaintiff Brendan Tankersley ("Plaintiff"), and Defendants MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), move the Court for a stipulated extension to the current March 30, 2022 deadline for Plaintiff to file his Opposition to Defendants' Motion for Summary Judgment at ECF No. 66. The parties stipulate that Plaintiff may have up to and including April 20, 2022, to submit his Opposition. This request is made in good faith and is not made to cause delay. This is the first requested extension concerning Plaintiff's Opposition. As explained below, there is good cause for the request.

The current request is necessary, among other reasons, to allow Plaintiff's counsel time to care for and be with her ailing mother who was recently placed in hospice care. Due to this unplanned circumstance, good cause exists to grant the requested extension.

The parties stipulate, subject to the Court's approval, that Plaintiff may have up to and including April 20, 2022, for Plaintiff to submit his Opposition to Defendants' Motion for Summary Judgment.

DATED this 14th day of March 2022.   DATED this 14th day of March 2022.

KEMP & KEMP   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Victoria L. Neal   /s/ Suzanne L. Martin

James P. Kemp, Esq.   Suzanne L. Martin, Esq.
Nevada Bar No. 6375   Nevada Bar No. 8833
Victoria L. Neal, Esq.   10801 W. Charleston Blvd., Suite 500
Nevada Bar No. 13382   Las Vegas, NV  89135
7435 W. Azure Drive, Ste. 110
Las Vegas, NV  89130   *Attorney for Defendants MGM Resorts International and Bellagio, LLC*

*Attorneys for Plaintiff Brendan Tankersley*

**IT IS SO ORDERED.**

Dated: _March 16,_____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD F. BOULWARE

2