JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Brendan Tankersley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>               Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation,<br><br>               Defendants. | Case No.: 2:20-cv-00995-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AT ECF NO. 66**<br><br>**(SECOND REQUEST)** |

Plaintiff BRENDAN TANKERSLEY, and Defendants MGM RESORTS INTERNATIONAL and BELLAGIO, LLC, by and through their respective counsel of record, hereby submit this Stipulation and Order to Extend Deadline for Plaintiff To Respond to Defendants' Motion for Summary Judgement at ECF No. 66. The parties stipulate, subject to the Court's approval, that Plaintiff have up to and including April 27, 2022, to file his response. This request is made in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' second request. As explained below, there is good cause for the request.

1

Plaintiff is unable to meet the April 20, 2022, deadline. On April 2, 2022, Plaintiff counsel's mother passed away. In addition to mourning, there were certain things that could only be dealt with after death, which needed to be handled.

For the above reasons, subject to the Court's approval, the parties stipulate that Plaintiff may have up to and including April 27, 2022, to file his response.

| | |
|---|---|
| DATED this 18th day of April 2022. | DATED this 18th day of April 2022. |
| KEMP & KEMP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Victoria L. Neal | /s/ Suzanne L. Martin |
| James P. Kemp, Esq.<br>Nevada Bar No.: 6375<br>Victoria L. Neal, Esq.<br>Nevada Bar No.: 13382<br>7435 W. Azure Drive, Ste. 110<br>Las Vegas, NV 89130<br><br>*Attorneys for Plaintiff*<br>*Brendan Tankersley* | Suzanne L. Martin, Esq.<br>Nevada Bar No.: 8833<br>10801 W. Charleston Blvd., Suite 500<br>Las Vegas, NV 89135<br><br>*Attorney for Defendants MGM Resorts International and Bellagio, LLC* |

**IT IS SO ORDERED.**

Dated: __April 18_____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE RICHARD F. BOULWARE

51169530.v1-Ogletree