JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Brendan Tankersley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>             Plaintiff,<br>vs.<br><br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation,<br><br>             Defendants. | **Case No.: 2:20-cv-00995-RFB-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AT ECF NO. 66**<br><br>**(THIRD REQUEST)** |

Plaintiff Brendan Tankersley ("Plaintiff"), and Defendant MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), and by and through their undersigned counsel, hereby stipulate and request that Plaintiff's deadline current deadline, July 14, 2022 (ECF No. 73), to respond to Defendant's Motion for Summary Judgement at ECF No. 66, be extended to August 3, 2022. This request is made in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' third request. As demonstrated below, good cause exists for the parties' request.

1

### I. GOOD CAUSE EXISTS TO EXTEND THE DEADLINE

On April 19, 2022, Magistrate Judge Albregts issued an order granting Plaintiff's Motion to Reopen Plaintiff's deposition for four hours and extending the case deadlines with May 23, 2022, being the close of the discovery period. (ECF No. 70.) On April 25, 2022, Plaintiff filed a Motion to Extend Time in which he had to respond to Defendants' motion for summary judgment at ECF No. 66, after counsel were unable to reach a stipulation on how to procedurally address the issue. (ECF No. 72.)  The Court granted Plaintiff's motion on April 26, 2022, extending his deadline to respond to July 14, 2022. (ECF No. 73.) Thereafter, on May 19, 2022, it was necessary for the parties to seek an extension of the discovery cutoff and dispositive motion deadlines in consideration of counsels' calendars in scheduling the reopening of Plaintiff's deposition and Defense counsel's brief illness. (ECF No. 78.) Magistrate Judge Albregts granted the parties' request to extend the deadline for the close of discovery to June 13, 2022, and the dispositive motion deadline to July 13, 2022. (ECF No. 79.)

Defendants have already filed their summary judgment motion and they do not intend to withdraw or supplement that motion or file a second dispositive motion. At present, Plaintiff is required to file his response to Defendants' summary judgment motion on July 14, 2022, the day after he files his summary judgment motion.  Plaintiff also intends to file a summary judgment motion, and will do so by the current, dispositive motion deadline of July 13, 2022.  Such filings will then require the parties to simultaneously draft oppositions and replies to the respective pending motions.  *To streamline the briefing schedule, the parties stipulate as follows:*

Defendants' previously filed Summary Judgment Motion (ECF No. 66) will be deemed filed on July 13, 2022.  Plaintiff will file a Summary Judgment Motion on July 13, 2022.  Thereafter, the parties will have 28-days, or until August 10, 2022, to file their respective responses to the others

summary judgment motions, and then, 21-days, or until August 31, 2022, to file replies in support of their respective summary judgment motions.

In consideration of the above, the parties submit that good cause exists to extend Plaintiff's deadline to respond to Defendants' motion for summary judgment at ECF No. 66 until August 3, 2022.

DATED this 27th day of June 2022.          DATED this 27th day of June 2022.

KEMP & KEMP                                 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Victoria L. Neal                        /s/ Suzanne L. Martin
James P. Kemp, Esq.                         Suzanne L. Martin, Esq.
Nevada Bar No. 6375                         Nevada Bar No. 8833
Victoria L. Neal, Esq.                      10801 W. Charleston Blvd., Suite 500
Nevada Bar No. 13382                        Las Vegas, NV 89135
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*                   *Attorneys for Defendants MGM Resorts*
*Brendan Tankersley*                        *International and Bellagio, LLC*

**IT IS SO ORDERED.**

Dated: June 27, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD F. BOULWARE, II

3