SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd, Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants MGM Resorts International and Bellagio, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation,<br><br>Defendants. | Case No.: 2:20-cv-00995-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**(FIFTH REQUEST)** |

Defendant MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), and Plaintiff Brendan Tankersley ("Plaintiff"), by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Both Plaintiff and Defendant have filed summary judgment motions. The current deadline to file Reply Briefs is August 31, 2022. The new requested date is **September 30, 2022**. This request is made in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' fifth request. As demonstrated below, good cause exists for the parties' request:

1. The need for the extension arises from the sudden and unexpected disability of Plaintiff's attorney Victoria L. Neal, Esq.

2. Ms. Neal has been totally incapacitated by a medical condition for which surgery is expected to be necessary and the surgery and full recovery is expected to take weeks or

months. This is the best estimate at this time. It is unknown when during that time she may be able to resume any work duties. More will be known after her doctor's appointment currently scheduled for September 9, 2022."

3. It will be best to extend the deadline for 30 days in the belief that by that time she will have resumed at least part-time duties and her supervisor, James P. Kemp, Esq. can assist her with completion of this briefing.

In consideration of the above, the parties submit that good cause exists to extend the deadline for Plaintiff to reply to Defendants' opposition to his motion for summary judgment and the deadline for Defendants to reply to Plaintiff's opposition to its summary judgment motion, to **September 30, 2022**.

DATED this 31st day of August, 2022.

KEMP & KEMP

/s/ *James P. Kemp*
James P. Kemp
Nevada Bar No. 6375
Victoria L. Neal
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
*Attorney for Plaintiff*

DATED this 31st day of August, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd, Suite 500
Las Vegas, NV 89135
*Attorneys for Defendants MGM Resorts International and Bellagio, LLC*

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD F. BOULWARE, II