JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Brendan Tankersley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN TANKERSLEY,<br><br>            Plaintiff,<br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation,<br><br>            Defendants. | Case No.: 2:20-cv-00995-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**(Sixth Request)** |

Plaintiff Brendan Tankersley ("Plaintiff") and Defendants MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), and by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Summary Judgment Briefing Schedule. Both Plaintiff and Defendant have filed summary judgment motions. The current deadline to file Reply Briefs is September 30, 2022. The new requested date is **October 31, 2022** (October 30, 2022, is a Sunday). This request is made in good faith, is not made to cause delay, is submitted pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, and is the parties' sixth request. As demonstrated below, good cause exists for the parties' request.

As stated in the parties' previous request, Plaintiff's lead counsel, Ms. Neal, had to attend to

an emergency medical issue. (ECF No. 101.) As a result, Ms. Neal is on a medical leave of absence until October 20, 2022, while receiving daily treatments, therapy, and further evaluations regarding the need for surgical intervention. Due to Ms. Neal's medical issue, treatments, and therapy she is only able to work a few hours per week as tolerated. The additional time is necessary to allow Ms. Neal to address her medical issues and, if necessary, after this extension, transition the briefing to another lawyer in her office to be completed.

DATED this 30th day of September 2022.    DATED this 30th day of September 2022.

KEMP & KEMP    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Victoria L. Neal    /s/ Suzanne L. Martin

James P. Kemp, Esq.    Suzanne L. Martin, Esq.
Nevada Bar No. 6375    Nevada Bar No. 8833
Victoria L. Neal, Esq.    Wells Fargo Tower
Nevada Bar No. 13382    Suite 1500
7435 W. Azure Drive, Ste. 110    3800 Howard Hughes Parkway
Las Vegas, NV 89130    Las Vegas, NV 89169

*Attorneys for Brendan Tankersley*    *Attorneys for Defendants MGM Resorts International and Bellagio, LLC*

**IT IS SO ORDERED.**

Dated: __October 6__, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD F. BOULWARE, II

2