SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

MICHELLE C. KRAKORA
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendants MGM Resorts International and Bellagio, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN TANKERSLEY, <br><br> Plaintiff, <br><br> vs. <br><br> MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation, <br><br> Defendants. | Case No.:  2:20-cv-00995-RFB-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER** <br><br> **(FIRST REQUEST)** |

Defendant MGM Resorts International and Bellagio, LLC (collectively, "Defendants"), and Plaintiff Brendan Tankersley ("Plaintiff") (collectively "the Parties"), by and through their undersigned counsel, stipulate to, and agree upon, an extension of the deadline to submit a Joint Pretrial Order to **January 31, 2024**. This is the Parties' first request to extend the deadline to submit a Joint Pretrial Order and is not made for purposes of undue delay as discussed in further detail below.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD. SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

1.    On September 30, 2023, this Court entered its Order denying both Defendants' Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment. (ECF No. 110.) The Parties are currently due to submit the Joint Pretrial Order on October 30, 2023, thirty (30) days from the Court's Order regarding the dispositive motions. (ECF No. 79.)

2.    On October 18, 2023, the Parties engaged in an initial call regarding submission of the Joint Pretrial Order, including a discussion regarding settlement.  The Parties have agreed to submit the matter to private mediation, have agreed on a mediator, and are in process of securing a date for mediation on November 28, 2023.

3.    In order to help preserve the Parties' resources and to allow them to focus their efforts on case resolution, and in consideration of the upcoming holidays following the anticipated mediation date, the Parties hereby stipulate and agree they shall have up to and including **January 31, 2024** to submit a Joint Pretrial Order**.**

This stipulation is not brought for purposes of delay or any other improper purpose.

DATED this 19th day of October, 2023.

KEMP & KEMP

/s/ *Victoria L. Neal*

James P. Kemp
Nevada Bar No. 6375
Victoria L. Neal
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
*Attorney for Plaintiff*

DATED this 19th day of October, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Suzanne L. Martin*

Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd, Suite 500
Las Vegas, NV 89135
Michelle C. Krakora
Nevada Bar No. 8832
200 S. Virginia Street, 8th Floor
Reno, NV  89501
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated: October 23, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD. SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

58778608.v1-OGLETREE