JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Brendan Tankersley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN TANKERSLEY, | CASE NO.: 2:20-cv-00995-RFB-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| MGM RESORTS INTERNATIONAL, a Foreign Corporation; and, BELLAGIO, LLC, a Domestic Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

…

…

…

…

…

…

1

respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED January 23, 2024

| KEMP & KEMP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ James P. Kemp | /s/ Suzanne L. Martin |
| James P. Kemp | Suzanne L. Martin |
| Nevada Bar No. 6375 | Nevada Bar No. 8833 |
| Victoria L. Neal | Wells Fargo Tower |
| Nevada Bar No. 13382 | Suite 1500 |
| 7435 W. Azure Drive, Ste. 110 | 3800 Howard Hughes Parkway |
| Las Vegas, NV  89130 | Las Vegas, NV  89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants MGM Resorts International and Bellagio, LLC* |

IT IS SO ORDERED.

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

January 23, 2024
DATED

2